IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANITA ROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-3072-CV-S-WAK |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is the Commissioner's motion of November 24, 2009, requesting the court to enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the decision of the ALJ and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g). The Commissioner states that, upon remand, the ALJ will be directed to evaluate the medical evidence of record and provide better rationale for his RFC conclusions. Claimant has not filed objections to the request for a remand.

After consideration of the record, the court finds that a remand pursuant to sentence four is warranted. Remand will expedite administrative review and allow the Commissioner to properly consider the claim. Accordingly, it is

ORDERED that the decision of the ALJ is reversed, and this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for a proper consideration of the claim. [15]

Dated this 15th day of December, 2009, at Jefferson City, Missouri.

                                                                                              _/s William A. Knox_____
                                                                                              WILLIAM A. KNOX
                                                                                              United States Magistrate Judge